RICHARD F. McGINTY, OSB #86071
Attorney for Plaintiff
P.O. Box 12806
Salem, OR 97309
tel: 503.371.9636
fax: 503.371-2879

FILED'10 AUG 23 13:51 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

CINDY L. WILLIAMS,
                **Plaintiff,**

    **vs.**

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                **Defendant.**

Civil No. 08 - 1262 - BR

**ORDER AUTHORIZING
406(b) FEES**

       Pursuant to 42 U.S.C. 406 (b), reasonable attorney fees in the amount of $5746.09 are hereby awarded to Plaintiff's attorney, Richard F. McGinty.  The agency is directed to subtract the user fee of $83  and to send to Mr. McGinty the amount of balance of $5,663.09.  Any withheld amount then remaining shall be released to plaintiff as soon as practicable.

       IT IS SO ORDERED, this 28th day of August 2010

US DISTRICT COURT JUDGE